1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12

| | |
|---|---|
| **DEAN KNOPP and SHAUN KNOPP,** ) | **1:12-CV-1428  AWI SKO** |
| ) | |
| **Plaintiffs**, ) | |
| **v.** ) | **ORDER VACATING** |
| ) | **HEARING** |
| **JP MORGAN CHASE BANK N.A.,** ) | |
| **QUALITY LOAN SERVICE CORP.,** ) | |
| **and DOES 1-50 inclusive,** ) | |
| ) | |
| **Defendants.** ) | |

13
14

        Currently set for hearing and decision is Plaintiffs' motion for a preliminary injunction

15 following the issuance of an ex parte temporary restraining order.  Hearing on this motion is set

16 for September 14, 2012, at 1:30 p.m.  On September 12, 2012, the last of the briefing was timely

17 received.  The court has reviewed the moving papers and has determined that this matter is

18 suitable for decision without oral argument.  Local Rule 230.

19
20

        Therefore, IT IS HEREBY ORDERED that:

21 1.    The previously set hearing date of September 14, 2012, is VACATED, and the parties

22        shall not appear at that time, and the Court will take the matter submission and will

23        thereafter issue its decision; and

24 2.    Defense counsel shall immediately contact Plaintiffs by telephone or fax or e-mail

25        informing them of this order and that the hearing has been vacated.

26
27 IT IS SO ORDERED.

28

Dated:    September 13, 2012

_____

CHIEF UNITED STATES DISTRICT JUDGE