IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN KNOPP and SHAUN KNOPP, ) <br> ) <br> Plaintiffs, ) <br>     v. ) <br> ) <br> JP MORGAN CHASE BANK N.A., ) <br> QUALITY LOAN SERVICE CORP., ) <br> and DOES 1-50 inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:12-CV-1428  AWI SKO <br><br> ORDER VACATING <br> HEARING |

Currently set for hearing and decision is Plaintiffs' motion for a preliminary injunction following the issuance of an ex parte temporary restraining order.  Hearing on this motion is set for September 14, 2012, at 1:30 p.m.  On September 12, 2012, the last of the briefing was timely received.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230.

Therefore, IT IS HEREBY ORDERED that:

1.  The previously set hearing date of September 14, 2012, is VACATED, and the parties shall not appear at that time, and the Court will take the matter submission and will thereafter issue its decision; and

2.  Defense counsel shall immediately contact Plaintiffs by telephone or fax or e-mail informing them of this order and that the hearing has been vacated.

IT IS SO ORDERED.

Dated:   September 13, 2012                                              _____
                                                                                               CHIEF UNITED STATES DISTRICT JUDGE