**FILED**

AUG 31 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN KNOPP and SHAUN KNOPP,<br><br>Plaintiffs<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A, et al.,<br><br>Defendants | CASE NO. 1:12-CV-1428 AWI SKO<br><br>ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY |

On August 31, 2012, the Court granted Plaintiffs' motion for a temporary restraining order. See Doc. No. 8. As part of that order, the Court set a security in the amount of $550.00, per Rule 65(c). See id. On September 12, 2012, Plaintiffs deposited the security into the Court's registry. On September 14, 2012, the Court denied Plaintiffs' motion for a preliminary injunction and dissolved the temporary restraining order. See Doc. No. 15. On September 28, 2012, Plaintiffs filed a Rule 41(a)(1) notice of voluntary dismissal, and the case was closed on October 5, 2012. See Doc. Nos. 17, 18. It has come to the attention of the Court that the $550 security was not disbursed and remains in the Court's registry.

Nearly three years have passed since the closing of this case, and no party has contacted the Court regarding the $550.00. Given the passage of time, the Court finds it appropriate to order the disbursement of the $550.00, plus any interest that has accrued, to Plaintiff.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall disburse Plaintiff's $550.00 security as follows:

1. $275, plus 50% of the accrued interest on the $550 security, to Dean Knopp;
2. The Clerk shall send the funds to Dean Knopp at 515 Highland Ave., San Mateo, CA 94401;

3. $275, plus 50% of the accrued interest on the $550 security, to Shaun Knopp; and

4. The Clerk shall send the funds to Shaun Knopp at 515 Highland Ave., San Mateo, CA 94401.

IT IS SO ORDERED.

_____          8-31-15
Anthony W. Ishii, Senior District Judge        Date